# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

——————————————

Case No. 6D23-2716
Lower Tribunal No. 2022-CA-002636-O

——————————————

ROBERT ARNAZ RACKARD,

Appellant,

v.

NATION STAR MORTGAGE, LLC d/b/a MR. COOPER and JOHNATHAN MEISELS,

Appellees,

——————————————

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

December 26, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.


Robert Arnaz Rackard, Orlando, pro se.

Dorrella L. Gallaway, of Troutman Pepper Hamilton Sanders, LLP, Atlanta, Georgia, for Appellee, Nation Star Mortgage, LLC d/b/a Mr. Cooper.

No Appearance for Appellee, Johnathan Meisels.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED